UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| GREEN,<br>　　　　Plaintiff<br>　VS.<br>TAYLOR, et al.,<br>　　　　Defendants | :<br>:<br>:<br>:<br>:<br>: | 10CV1191 |
| SIMMONS,<br>　　　　Plaintiff<br>　VS.<br>TAYLOR, et al.,<br>　　　　Defendants | :<br>:<br>:<br>:<br>:<br>: | 10CV1192 |
| STEWARD,<br>　　　　Plaintiff<br>　VS.<br>TAYLOR, et al.,<br>　　　　Defendants | :<br>:<br>:<br>:<br>:<br>: | 10CV1194 |
| CRONE,<br>　　　　Plaintiff<br>　VS.<br>TAYLOR, et al.,<br>　　　　Defendants | :<br>:<br>:<br>:<br>:<br>: | 10CV1341 |

| | | |
|---|---|---|
| KUNST, | : | |
| Plaintiff | : | |
| VS. | | 10CV1608 |
| | : | |
| TAYLOR, et al., | | |
| | : | |
| Defendants | | |
| | : | |

| | | |
|---|---|---|
| FARMER, | : | |
| Plaintiff | : | 10CV1992 |
| VS. | | |
| | : | |
| TAYLOR, et al., | | |
| | : | |
| Defendants | | |
| | : | |

| | | |
|---|---|---|
| INGRAM, | : | |
| Plaintiff | : | |
| VS. | | 10CV2439 |
| | : | |
| TAYLOR, et al., | | |
| | : | |
| Defendants | | |
| | : | |

| | | |
|---|---|---|
| MCCRAY, | : | |
| Plaintiff | : | |
| VS. | | |
| | : | 10CV2440 |
| TAYLOR, et al., | | |
| | : | |
| Defendants | | |
| | : | |

| | | |
|---|---|---|
| ALLEN, | : | |
|     Plaintiff | : | |
|   VS. | | |
| | : | 10CV2441 |
| TAYLOR, et al., | | |
| | : | |
|     Defendants | | |
| | : | |
| _____ | | |
| WEECH, | : | |
|     Plaintiff | : | 10CV2443 |
|   VS. | | |
| | : | |
| TAYLOR, et al., | | |
| | : | |
|     Defendants | | |
| | : | |
| _____ | | |
| LEWIS, | : | |
|     Plaintiff | : | |
|   VS. | | 10CV2543 |
| | : | |
| TAYLOR, et al., | | |
| | : | |
|     Defendants | | |
| | : | |
| _____ | | |
| VANDERMARK, | : | |
|     Plaintiff | : | |
|   VS. | | 10CV2642 |
| | : | |
| TAYLOR, et al., | | |
| | : | |
|     Defendants | | |
| | : | |
| _____ | | |

|  |  |  |
|---|---|---|
| COOK, | : |  |
| Plaintiff | : |  |
| VS. | : | 10CV2643 |
| TAYLOR, et al., | : |  |
| Defendants | : |  |

---

|  |  |  |
|---|---|---|
| BAYARD, | : |  |
| Plaintiff | : |  |
| VS. | : |  |
|  | : | 10CV2742 |
| TAYLOR, et al., | : |  |
| Defendants | : |  |
|  | : |  |

---

|  |  |  |
|---|---|---|
| MILLERLINE, | : |  |
| Plaintiff | : |  |
| VS. | : | 10CV2741 |
| TAYLOR, et al., | : |  |
| Defendants | : |  |
|  | : |  |

---

|  |  |  |
|---|---|---|
|  | : |  |
| D'AGOSTINO, |  |  |
|  | : |  |
| Plaintiff | : | 10CV2740 |
| VS. | : |  |
| TAYLOR, et al., | : |  |
| Defendant | : |  |

| | | |
|---|---|---|
| RAMIREZ, | : | |
|     Plaintiff | : | |
|   VS. | : | |
| TAYLOR, et al., | : | 10CV3298 |
|     Defendants | : | |

_____

| | | |
|---|---|---|
| WALLACE, | : | |
|     Plaintiff | : | |
|   VS. | | |
| | : | 10CV3299 |
| TAYLOR, et al., | | |
| | : | |
|     Defendants | | |
| | : | |

_____

| | | |
|---|---|---|
| VEGA, | : | |
|     Plaintiff | : | |
|   VS. | | 10CV3055 |
| | : | |
| TAYLOR, et al., | | |
| | : | |
|     Defendants | | |
| | : | |

_____

| | | |
|---|---|---|
| STOVE, | : | |
|     Plaintiff | | |
| | : | |
|   VS. | | 10CV3077 |
| | : | |
| TAYLOR, et al., | | |
| | : | |
|     Defendants | | |

_____

| | | |
|---|---|---|
| ENGLISH, | : | |
|       Plaintiff | : | |
| VS. | : | |
| TAYLOR, et al., | | 10CV2854 |
| | : | |
|       Defendants | | |
| _____ | | |
| CASTELLAR, | : | |
|       Plaintiff | : | |
| VS. | : | 10CV3297 |
| TAYLOR, et al., | : | |
|       Defendants | : | |
| _____ | | |
| CULMER, | : | |
|       Plaintiff | : | 10CV3172 |
| VS. | : | |
| TAYLOR, et al., | | |
| | : | |
|       Defendants | : | |
| _____: | | |

**ORDER OF REASSIGNMENT**

It is on this 25th day of October, 2010 on the court's own motion:

ORDERED that the above entitled matters are hereby re-assigned from JUDGE RENÉE MARIE BUMB to JUDGE JEROME B. SIMANDLE.

                                                _____
                                                S/Garrett E. Brown, Jr.
                                          **GARRETT E. BROWN, JR., CHIEF JUDGE**